| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
206 Golden, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  The Crossroads

**3. Debtor's federal Employer Identification Number (EIN)**  
46-3982205

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **206 West Orange Street Davenport, FL 33837** | **6511 Nova Drive, Ste 168 Fort Lauderdale, FL 33317** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Polk** | Location of principal assets, if different from principal place of business |
| County | **206 West Orange Street Davenport, FL 33837** |
|  | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **206 Golden, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **206 Golden, LLC** _____   Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **206 Golden, LLC**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **206 Golden, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 17, 2021**
MM / DD / YYYY

**X /s/ Joyce Plourde**                                          **Joyce Plourde**
Signature of authorized representative of debtor            Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X /s/ Robert P. Charbonneau, Esq.**                           Date **September 17, 2021**
Signature of attorney for debtor                                 MM / DD / YYYY

**Robert P. Charbonneau, Esq. 968234**
Printed name

**Agentis PLLC**
Firm name

**55 Alhambra Plaza, Suite 800**
**Miami, FL 33134**
Number, Street, City, State & ZIP Code

Contact phone  **305-722-2002**          Email address  **rpc@agentislaw.com**

**968234 FL**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **206 Golden, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Allbridge** | | | | | | **$757.25** |
| **Chambers of Medicine PA** | | | | | | **$2,000.00** |
| **Eagle Healthcare, LLC**<br>**2805 E Oakland Park Blvd, Suite 106**<br>**Fort Lauderdale, FL 33306** | | | | | | **$290,664.43** |
| **Eldercare MG CF, LLC**<br>**4700 Sheridan St, Suite B**<br>**Hialeah, FL 33012** | | | | | | **$94,982.66** |
| **Estate of Ronald CharlesLada through Bill Charles Lada**<br>**6500 Midelton Lane**<br>**McHenry, IL 60050** | | | | $375,000.00 | $0.00 | $375,000.00 |
| **Jorge Loza**<br>**c/oBrian C. Guppenberger,Esq**<br>**801 N Orange Ave Ste 830**<br>**Orlando, FL 32801** | | | | | | **$0.00** |
| **LTC Pharma HLDG, LLC**<br>**Polaris**<br>**2900 NW 60th Street**<br>**Fort Lauderdale, FL 33309** | | | | | | **$53,191.95** |

Debtor **206 Golden, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Managed Care Cons. FL, Inc.** 2313 E Ft King Street, Suite 200 Ocala, FL 34471 | | | | | | $500.00 |
| **Milner Documents Products** | | | | | | $15.90 |
| **Monicare Pharmacy of FL, Inc.** | | | | | | $477.88 |
| **Payroll Processing & Per** 3550 Powerline Rd. Fort Lauderdale, FL 33309 | | | | | | $1,081,212.51 |
| **Philadelphia Insurance Co.** | | | | | | $64.33 |
| **Pro-Tek, LLC** 9480 Boca River Cir Boca Raton, FL 33434 | | | | | | $3,500.00 |
| **Reliant Pro Rehab** 5800 Granite Prky Ste 1000 Plano, TX 75024 | | | | | | $248,665.69 |
| **Rxperts Pharmacy** 1911 US Hywy 301N Ste 100 Tampa, FL 33619 | | | | | | $36,096.80 |
| **Suncoast Roofers Supply** | | | | | | $0.01 |
| **TK Practitioners, LLC** 3555 9th Ave. Fort Lauderdale, FL 33308 | | | | | | $38,137.41 |
| **Turner Pest Control, LLC** 8400 Baymeadows Way Ste 12 Jacksonville, FL 32256 | | | | | | $294.26 |
| **U.S. Legal Support, Inc.** P.O. Box 4772-12 Houston, TX 77210-4772 | | | | | | $1,323.75 |

Debtor **206 Golden, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Volunteer Prop. of Davenport**  **3550 Powerline Rd.**  **Fort Lauderdale, FL 33309** | | | | | | **$45,000.00** |

## United States Bankruptcy Court
### Middle District of Florida

In re  **206 Golden, LLC**  
Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Joyce Plourde<br>6511 Nova Drive STE 168<br>Fort Lauderdale, FL 33317 | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 17, 2021**

Signature  **/s/ Joyce Plourde**  
**Joyce Plourde**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re  **206 Golden, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 17, 2021**

**/s/ Joyce Plourde**  
**Joyce Plourde**/**Managing Member**  
Signer/Title

| | | |
|---|---|---|
| 206 Golden, LLC<br>6511 Nova Drive, Ste 168<br>Fort Lauderdale, FL 33317 | Eldercare MG CF, LLC<br>4700 Sheridan St, Suite B<br>Hialeah, FL 33012 | Payroll Processing & Per<br>3550 Powerline Rd.<br>Fort Lauderdale, FL 33309 |
| Robert P. Charbonneau, Esq.<br>Agentis PLLC<br>55 Alhambra Plaza, Suite 800<br>Miami, FL 33134 | Estate of Ronald CharlesLada<br>through Bill Charles Lada<br>6500 Midelton Lane<br>McHenry, IL 60050 | Peter Van Den Boom, Esq.<br>Counsel for Plaintiff<br>402 South Kentucky Ave<br>Suite 402<br>Lakeland, FL 33801 |
| AIQ Financial, LLC<br>6880 PERRY CREEK ROAD NONE<br>Raleigh, NC 27616 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Philadelphia Insurance Co. |
| Allbridge | John A. Anthony, Esq.<br>Counsel for Plaintiff<br>20 N Orange Avenue, Ste 1600<br>Orlando, FL 32801-4624 | Pro-Tek, LLC<br>9480 Boca River Cir<br>Boca Raton, FL 33434 |
| Broward County Tax Collector<br>Governmental Center Annex<br>115 S. Andrews Ave<br>Fort Lauderdale, FL 33301 | Jorge Loza<br>c/oBrian C. Guppenberger,Esq<br>801 N Orange Ave Ste 830<br>Orlando, FL 32801 | Reliant Pro Rehab<br>5800 Granite Prky Ste 1000<br>Plano, TX 75024 |
| Chambers of Medicine PA | LTC Pharma HLDG, LLC<br>Polaris<br>2900 NW 60th Street<br>Fort Lauderdale, FL 33309 | Rxperts Pharmacy<br>1911 US Hywy 301N Ste 100<br>Tampa, FL 33619 |
| Charlan Brooke, Esq.<br>Counsel for Plaintiff<br>20 N Orange Avenue Ste 1600<br>Orlando, FL 32801 | Managed Care Cons. FL, Inc.<br>2313 E Ft King Street, Suite 200<br>Ocala, FL 34471 | Suncoast Roofers Supply |
| Crossroads Retirement Home<br>206 W. Orange Street<br>Davenport, FL 33837 | Milner Documents Products | Tax Collector for Polk County<br>916 N Massachusetts Ave<br>Lakeland, FL 33801 |
| Eagle Healthcare, LLC<br>2805 E Oakland Park Blvd, Suite 106<br>Fort Lauderdale, FL 33306 | Monicare Pharmacy of FL, Inc. | TK Practitioners, LLC<br>3555 9th Ave.<br>Fort Lauderdale, FL 33308 |

Turner Pest Control, LLC
8400 Baymeadows Way Ste 12
Jacksonville, FL 32256


U.S. Legal Support, Inc.
P.O. Box 4772-12
Houston, TX 77210-4772


Volunteer Prop. of Davenport
3550 Powerline Rd.
Fort Lauderdale, FL 33309

# United States Bankruptcy Court
## Middle District of Florida

In re: **206 Golden, LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **206 Golden, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Joyce Plourde**
**6511 Nova Drive STE 168**
**Fort Lauderdale, FL 33317**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 17, 2021** | **/s/ Robert P. Charbonneau, Esq.** |
| Date | **Robert P. Charbonneau, Esq. 968234** |
| | Signature of Attorney or Litigant |
| | Counsel for **206 Golden, LLC** |
| | **Agentis PLLC** |
| | **55 Alhambra Plaza, Suite 800** |
| | **Miami, FL 33134** |
| | **305-722-2002** |
| | **rpc@agentislaw.com** |